# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TAMMY HENDERSON                                                               PLAINTIFF

v.                                      4:16CV00850-JM

NANCY A. BERRYHILL, Acting
Commissioner, Social Security
Administration                                             DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The final determination of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice

DATED this 22nd day of May, 2017.

                                                           _____
                                                           JAMES M. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE